In the Matter of GARIBALDI M. LAPOLLA, on Behalf of Himself and Others Similarly Situated, Appellant, against BOARD OF EDUCATION OF THE CITY OF NEW YORK et al., Respondents.

Argued April 11, 1950; decided June 1, 1950.

*Jonas J. Shapiro, Herbert A. Wolff* and *Herbert Feiler* for appellant.

*John P. McGrath, Corporation Counsel* (*Arthur H. Kahn, Seymour B. Quel* and *Michael A. Castaldi* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.